Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RALPH E. WHITMORE, JR. | ) |
| | ) |
| Defendant. | )     No. 3:94-cr-00136-HRH |

## MOTION TO MODIFY A STANDARD
## CONDITION OF SUPERVISION

COMES NOW defendant, RALPH E. WHITMORE, JR., by and through his undersigned

counsel, and hereby moves this Court to modify standard condition of supervision No. 1 to allow

Mr. Whitmore to travel internationally and nationally for business purposes without the

permission of the Court or Probation Officer.  This motion is supported by the attached

memorandum as well as the documents within the Court's files.

48000v1

Respectfully submitted this 3rd day of April, 2006.

By:    s/Michael R. Spaan
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6300
Fax:  (907) 263-6345
Email:  mspaan@pattonboggs.com
Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2006, a copy of the foregoing document was served electronically on the following:

**Karen Loeffler**
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

By:    s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP