Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| RALPH E. WHITMORE, JR., | ) ) |
| Defendant. | ) No. 3:94-cr-00136-HRH |

### [PROPOSED] ORDER GRANTING MOTION TO
### MODIFY A STANDARD CONDITION OF SUPERVISION

The Court, having considered defendant Ralph E. Whitmore's Motion to Modify a Standard Condition of Supervision, HEREBY ORDERS that as a condition of supervised release during the remaining term of supervised release Mr. Ralph E. Whitmore may travel internationally and nationally for business purposes without the approval of his Probation Officer or the Court. Mr. Whitmore is still required to ask for the approval of the Court or his Probation Officer for personal travel. Mr. Whitmore is also authorized to retrieve his passport from the Clerk's office.

Dated:_____

_____
H. RUSSEL HOLLAND
United States District Court Judge

48002v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2006, a copy of the foregoing document was served electronically on the following:

**Karen Loeffler**
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567


By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP