Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| RALPH E. WHITMORE, JR., | ) ) |
| Defendant. | ) ) No. 3:94-cr-00136-HRH |

### MEMORANDUM IN SUPPORT OF MOTION TO
### MODIFY A STANDARD CONDITION OF SUPERVISION

Defendant Ralph E. Whitmore, Jr. was sentenced by this Court on April 28, 2000 after conviction on several bank related offenses.  Mr. Whitmore was sentenced to serve two years in federal custody as well as to supervised release.  Mr. Whitmore has completed his prison sentence and is currently on supervised release.  At the time of sentencing the Court imposed the standard conditions of supervision on Mr. Whitmore.  Condition No. 1 prohibits Mr. Whitmore from leaving the judicial district without the permission of the Court or a probation officer.

Before and after his incarceration Mr. Whitmore supported himself and his family in the international marketing of oil field hardware and other items.  In fact, he successfully completed one such venture and is attempting to finalize a settlement agreement with the FDIC.  The final

settlement amount is currently pending before this Court in a civil case, but because of his efforts Mr. Whitmore was able to pay the FDIC $150,000 of the settlement amount to date.

In order to compete and participate in the international marketing of oil field equipment Mr. Whitmore needs to travel at a moment's notice in order to participate in this highly competitive market. Counsel has been informed by Mr. Eric D. Odegard, a supervisor in the U.S. Probation/Pretrial Service Office, that although the standard conditions allow for travel with the permission of the Court or a probation officer it is the national policy of the U.S. Probation Office/Pretrial Services Office not to allow international travel without permission of the Court. *See* Affidavit of Counsel. Counsel has also spoken with Mr. Whitmore's probation supervisor in Southern California, Mr. R. William Cravella, II, who stated that he would not be opposed to the Court modifying the terms of supervised release as requested herein. He further advised that even if the Court allowed Mr. Whitmore to travel simply with the permission of his probation officer, office policy would require that he secure the permission of this Court prior to approving international travel for Mr. Whitmore. *See* Affidavit of Counsel.

As the Court may be aware, Mr. Whitmore has been in the business of buying and selling internationally for approximately fifteen years. Most of his customers are in foreign countries. Because of his health and incarceration Mr. Whitmore was not able to visit any of his customers for the last four years and has a desperate need to reestablish his international contacts. He needs to be able to travel on very short notice anywhere in the world where a business opportunity exists. Since Mr. Whitmore is still personally insolvent he needs to be able to make money in order to support himself and his wife.

Mr. Whitmore has reported that during the ten year period that he reported to the Los Angeles Pretrial Services he had a perfect record on both his U.S. and international travel.

He also reports that he had no problems in the facility when he was in custody or during his recent period of supervised release.

As an ancillary matter, Mr. Whitmore also needs to retrieve his passport which is currently being held at the Clerk's office.

Respectfully submitted this 3rd day of April, 2006.

> By: s/Michael R. Spaan
> Michael R. Spaan
> PATTON BOGGS LLP
> 601 West Fifth Avenue, Suite 700
> Anchorage, Alaska 99501
> Phone: (907) 263-6300
> Fax: (907) 263-6345
> Email: mspaan@pattonboggs.com
> Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2006, a copy of the foregoing document was served electronically on the following:

**Karen Loeffler**
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP