Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RALPH E. WHITMORE, JR., ) | |
| ) | |
| Defendant. ) | No. 3:94-cr-00136-HRH |

## AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN IN SUPPORT OF MOTION TO MODIFY A STANDARD CONDITION OF SUPERVISION

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) ss. | |
| THIRD JUDICIAL DISTRICT ) | |

**MICHAEL R. SPAAN**, being duly sworn, states as follows:

1. I am counsel for Ralph E. Whitmore in the above-captioned action.

2. I personally talked with Eric Odegard, Supervisor of the U.S. Probation/Pretrial Services Office, regarding this motion to modify the terms of Mr. Whitmore's supervised release. Mr. Odegard informed me he did not oppose this request and was able to explain the policy of the United States Probation Office to counsel.

3. I talked with R. William Cravella, II, Mr. Whitmore's probation officer in Los Angeles, who does not oppose this motion.

48007v1

4. Mr. Whitmore has personally informed me of his background in the international business of buying and selling items including oil field equipment. He has also informed me of his unblemished record during the ten year period he was under the supervision of the Los Angeles Pretrial Service.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MICHAEL R. SPAAN

SUBSCRIBED AND SWORN to before me this 3rd day of April, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: May 15, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2006, a copy of the foregoing document was served electronically on the following:

**Karen Loeffler**
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567


By: s/Gloria Bullock
    Legal Secretary/Assistant
    PATTON BOGGS LLP