IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RALPH E. WHITMORE, JR., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | No. 3:94cr0136-HRH |
| ) | |
| This Order Pertains to ) | |
| ) | |
| RALPH E. WHITMORE  (D-01) ) | |
| ) | |
| _____) | |

O R D E R

Motion to Modify
Standard Conditions of Supervision

Defendant Whitmore moves for an order modifying the standard conditions of supervision so as allow defendant to travel internationally and nationally for business purposes without the permission of the court or probation officer.[1]  The motion is unopposed.  The subject matter of the motion has been discussed with the Anchorage Probation Office, which has in turn communicated with the Inglewood (California) Probation Office that supervises defendant.  Defendant's supervising probation officer is agreeable to the relief that defendant suggests, but with certain qualifications.

---

[1]   Clerk's Docket No. 1060.

- 1 -

IT IS HEREBY ORDERED that defendant is relieved from travel restrictions provided by the standard conditions such that he is no longer required to obtain in advance permission from his probation officer or the court for national or international travel for business purposes.  However, defendant shall, in advance of any such travel, notify his probation officer by telephone or e-mail, providing the following information:

(1)  defendant's date of departure;

(2)  the city and state or country to which he will travel, naming all if more than one stop on the itinerary;

(3)  the accommodations where he will stay and a contact telephone number; and

(4)  the scheduled date of return to the Los Angeles area.

In the event of a change of plans in the course of any such travel, defendant shall communicate to his probation officer any such change(s), including the same foregoing information regarding the change(s).

In addition, upon his return from any such travel, defendant shall immediately, by telephone or e-mail, inform his probation officer of his physical presence in the Los Angeles area.

DATED at Anchorage, Alaska, this <u>26th</u> day of April, 2006.

/s/ H. Russel Holland
United States District Judge