Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| RALPH E. WHITMORE, JR., | ) ) |
| Defendant. | ) No. 3:94-cr-00136-HRH |

### MOTION TO MODIFY RESTITUTION ORDER AND FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the defendant, Ralph E. Whitmore, Jr., by and through counsel, Patton Boggs, LLP, and moves this Court to modify the restitution order in the case to reflect it is satisfied by reason of the conclusion of the civil action (Case No. 92-cv-00060-HRH) between the FDIC and the defendant.  The Court is further asked to terminate the terms of supervised release applicable to Mr. Whitmore if the motion concerning restitution is granted.

This motion is based on the attached memorandum, the cases and authorities cited therein and files of this case, and *FDIC v. Whitmore, et al.*, Case No. 92-cv-00060-HRH.

48938v1

DATED at Anchorage, Alaska this 25th day of May, 2006.

By: s/Michael R. Spaan
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6300
Fax:  (907) 263-6345
Email:  mspaan@pattonboggs.com
Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2006, a true and correct copy of the foregoing document was served electronically on:

**Karen Loeffler**
Assistant U.S. Attorney
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP