Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RALPH E. WHITMORE, JR., ) | |
| ) | |
| Defendant. ) | No. 3:94-cr-00136-HRH |

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY RESTITUTION ORDER AND FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The Court, having considered defendant Ralph E. Whitmore's Motion to Modify Restitution Order and for Early Termination of Supervised Release,

IT IS HEREBY ORDERED THAT:

1. The restitution ordered in the Court's Imposition of Sentence held on April 28, 2000 is hereby modified to reflect it has been satisfied in full; and

2. Ralph E. Whitmore, Jr.'s term of supervised release set forth in the Court's April 28, 2000 Imposition of Sentence is terminated with the signing of this Order.

Dated:_____                _____
                                             H. RUSSEL HOLLAND
                                             United States District Court Judge

48941v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2006, a copy of the foregoing document was served electronically on the following:

**Karen Loeffler**
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567


By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP