Exhibit List
United States of America v. Ralph E. Whitmore, Jr.
Case No. 3:94-cr-00136-HRH

| | |
|---|---|
| Exhibit A | Response to Order and the Joint Report dated February 24, 2000 |
| Exhibit B | Imposition of Sentence Held 4/28/00 |
| Exhibit C | Settlement and Release Agreement dated April 24, 2002 |
| Exhibit D | Order Approval of Settlement Agreement dated May 21, 2002 |
| Exhibit E | Notice of Performance of Obligations Under Settlement Agreement dated May 10, 2006 |
| Exhibit F | Order Case Dismissed dated May 19, 2006 |
| Exhibit G | Letter from Perkins Coie dated May 24, 2006 in non-opposition to motion |
| Exhibit H | Notice of Release and Arrival of Ralph Whitmore dated April 26, 2005 |
| Exhibit I | Memorandum Opinion of the United States Court of Appeals for the Ninth Circuit Dated and Filed February 11, 2002, pages 1a and 21a |

33070v1