

**FILED**

MAY 21 2002

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FEDERAL DEPOSIT INSURANCE CORPO-  )
RATION, in its corporate capacity )
as an instrumentality and agency  )
of the United States,             )
                                  )
                     Plaintiff,   )
                                  )
vs.                               )
                                  )
RALPH E. WHITMORE, JR., et al.,   )
                                  )   No. A92-0060-CV (HRH)
                     Defendants.  )
_____)

O R D E R

Approval of Settlement Agreement

    The remaining parties in this case are plaintiff (FDIC) and Ralph E. and Nancy Whitmore. The FDIC and the Whitmores have entered into a settlement and release agreement, a copy of which has been filed with the court.[1]

    The settlement agreement is approved. Accordingly, the effective date of the settlement agreement as provided in paragraph 6 is today, May 21, 2002.

    As provided in paragraph 16 of the settlement agreement, the court retains jurisdiction with respect to the parties and the

---

[1] Clerk's Docket No. 885.

- 1 -

EXHIBIT #   D
Page #  1  of  2

886

Exhibit B
Page 1 of 2

settlement agreement until it has been completely executed and terminates according to its terms.

Dated at Anchorage, Alaska, this 21 day of May, 2002.

*[signature]*
H. Russel Holland, Judge
District of Alaska

A92-0060--CV (HRH)
------------------------------------------------
J. BELCHER (KELLER)
J. LEIK (PERKINS)
R. WHITMORE
J. WHITMORE

- 2 -