

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FEDERAL DEPOSIT INSURANCE CORPO- )
RATION, in its corporate capacity )
as an instrumentality and agency )
of the United States, )
                                                        )
                                      Plaintiff, )
                                                        )
      vs. )
                                                        )
RALPH E. WHITMORE, JR., et al., )
                                                        )    No. 3:92cv0060-HRH
                                   Defendants. )
_____ )

O R D E R

Case Dismissed

      This action is dismissed with prejudice, with each party to bear his or its own costs and attorney fees. The preliminary injunction entered March 11, 1992,[1] as modified, is dissolved.

      Dated at Anchorage, Alaska, this 18th day of May, 2006.

                                           /s/ H. Russel Holland
                                           United States District Judge

---

[1] Clerk's Docket No. 28.

- 1 -

EXHIBIT #   F
Page #  1  of  1