

Case 3:94-cr-00136-HRH    Document 1065-9    Filed 05/25/2006    Page 1 of 2



James N. Leik
PHONE: 907.263.6923
EMAIL: jleik@perkinscoie.com

1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
PHONE: 907.279.8561
FAX: 907.276.3108
www.perkinscoie.com

May 24, 2006

Michael R. Spaan
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501

Re: FDIC v. Whitmore

Dear Mike:

Ralph and Nancy Whitmore entered into a Settlement and Release Agreement ("Settlement Agreement") with the FDIC, dated April 24, 2002. Pursuant to the Settlement Agreement, the Whitmores paid the FDIC $300,000. The Whitmores have fully performed their obligations under the Settlement Agreement. The FDIC will not object to, or seek to prevent, the granting of a motion to deem Mr. Whitmore's restitution obligation in United States v. Whitmore satisfied.

Very truly yours,

James N. Leik

cc: Roy Ahrens, FDIC

EXHIBIT # G
Page # 1 of 1

[10390-0020/AA061240.008]