

BP-S714.056  NOTICE OF RELEASE AND ARRIVAL    CDFRM
APR 03
U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

| Inmate Name | Reg No.: 12791-006 | Institution /Address |
|---|---|---|
| Whitmore, Ralph | FBI No.: | VINEWOOD COMMUNITY CORRECTIONS CENTER 5520 HAROLD WAY LOS ANGELES, CA 90028 |
| | (Misc No.) | |

| Release Date: 04-26-05 | | Released Method: GCT |
|---|---|---|
| Public Law Days  0 | Supervision to follow release: | (if yes, advise inmate of obligation to Report for Supervision) X  YES    Term: 24 months ___ NO |

**RELEASED TO: Check one)**

Transportation arranged to:  __x__ Community   Marina Del Ray, CA   (City and State)

Method of Transportation: _____ (Name of common carrier or other)

Date of expected arrival at residence:  04-26-05

Detainer ___
Detaining Agency:
Agency Address:

**SUPERVISION JURISDICTION(s)**

Sentencing District
Chief/Director: Loretta S. Martin, Chief
Supervision Agency: U.S. Probation Office
District: Central District of California
Address: 600 U.S. Courthouse, 312 N. Spring Street
Los Angeles, CA 90012-4708
Phone: (213) 894-3600

District of Residence (for relocation cases)
Chief/Director:
Supervision Agency:
District:
Address:
Phone:

Address of proposed residence:  4521 Alla Rd. #3
Marina Del Rey, CA 90292
310/ 283-7739

**DNA STATUS**

| DNA sample required: ___ YES  ___ NO  _x_ N/A | If YES date sample taken | DNA Number |
|---|---|---|

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision; this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)
*Ralph Whitmore*

Distribution:    Inmate Central File (Section 5), Inmate, chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

(This form may be replicated via WP)                        This form replaces BP-S714 dtd FEB 02

EXHIBIT # ___H___
Page # __1__ of __2__

BP-S460.073   CONDITIONS OF HOME CONFINEMENT   CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Resident: **Whitmore Ralph**      **12791-006**    Register Number

I understand that my placement on Home Confinement status is a privilege which may be revoked by the Community Corrections Manager (CCM).
I understand that any violation of Home Confinement Conditions, or conduct or activity which reflects a disregard for the rights of others, shall be sufficient cause to revoke my Home Confinement and/or terminate my Community Corrections Center (CCC) program participation.

I understand and agree to abide by the following conditions during my period of Home Confinement:

1. I will reside at my approved residence at **4521 Alla Rd. #3, Marina Del Rey, CA 90292**
2. I will conduct myself in a lawful manner.
3. I will accept phone calls from CCC/Probation Staff, verifying my presence at my home and at my job site. I agree to maintain a telephone at my place of residence without "call forwarding," a modem, "Caller ID," or portable cordless telephones for this period and will, when requested, provide copies of my telephone bill to the Center/Probation staff. If my home confinement is electronically monitored, I agree my telephone will not have "call waiting," or a telephone answering machine.
4. I will accept the visits of CCC/Probation personnel to my job site and home **or wherever requested by staff**.
5. I will return to the CCC/Probation at least **Mon, Tues, Thurs** weekly for routine progress reviews and program participation, and more often if instructed to do so.
6. I will not own or possess any deadly weapon or knowingly be in the company of a person possessing the same.
7. I will remain steadily employed at **Employment Waiver** and will not change employment without prior approval of CCC/Probation staff.
8. I will not knowingly associate with persons having a criminal record, nor frequent places where illegal activities are conducted.
9. I will not drink alcoholic beverages of any kind; nor will I enter any establishments, such as bars or liquor stores, where the sale and/or consumption of alcoholic beverages on the premises is the primary business of the establishment.
10. Except as medically authorized, I will not use or possess narcotics, or other controlled substances, nor be in the presence of persons possessing the same.
11. I agree that during the Home Confinement period, I will remain at my place of residence, except for employment, unless I am given specific permission to do otherwise.
12. I will not own or drive a motor vehicle without CCM approval.
13. I will abide by special instructions given to me by the CCC/Probation. (i.e., electronic monitoring program participation, et.)
14. I will submit to urinalysis or alcohol testing as requested by the CCC/Probation. I understand that ingestion of poppy seed food products may result in positive test results for unauthorized drug use and is therefore prohibited.
15. I agree to pay subsistence for the cost of my participation of Home Confinement.
16. I understand that I am personally responsible for all costs of my housing, meals, and general subsistence, including medical care, while I am on Home Confinement.

I fully understand that willful failure to report as required, unauthorized change of residence, employment, or failure to otherwise inform Center staff of my whereabouts, could constitute an escape from federal custody.

X Resident's Signature: *Ralph Whitmore*                          Date **3-14-05**
Approved (CCC Director): *[signature]*
Approved (CCM): *[signature]*

Record Copy - To CCM - Community Corrections Manager; Copy - To CCC - Community Corrections Center; Copy - To USPO - U.S. Probation Officer

(This form may be replicated via WP)                    Replaces BP-460(73) of DEC 93

EXHIBIT # ___H___
Page # __2__ of __2__