Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RALPH E. WHITMORE, JR., )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br><br><br>No. 3:94-cr-00136-HRH |

**AFFIDAVIT OF RALPH E. WHITMORE, JR. IN SUPPORT OF MOTION TO MODIFY RESTITUTION ORDER AND FOR EARLY TERMINATION OF SUPERVISED RELEASE**

STATE OF CALIFORNIA    )
                                        )  ss.
COUNTY OF LOS ANGELES )

Ralph E. Whitmore, Jr., being duly sworn, states as follows:

1.  I am the Defendant in the above-captioned action.

2.  Since my April 2005 release from incarceration, I worked hard to sell the remaining drilling pipe I owned so that I could satisfy my obligations to the FDIC under the Settlement Agreement. I succeeded in selling the pipe and satisfied my civil obligations to the FDIC. After selling the pipe, I have no other assets of any significant value with which to pay

49060v1

any further restitution. The FDIC was well aware of my assets when they agreed to settle the civil case. Currently my liabilities exceed my assets.

3. Despite being 71 years old and in poor health, my wife has worked full time for the last several years to pay our basic living expenses. We do not live an extravagant lifestyle by any means, living in a rented apartment and owning just one 1994 vehicle. I am 74 and I also suffer from some serious health problems. Though I will have to work in order to help pay our bills, I do not have any expectation of making a living that will afford me the ability to live a lifestyle different from that I am now living, much less to be able to make any further restitution payments (I have made nominal restitution payments out of my social security benefits per the request of my probation officer).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Ralph E. Whitmore, Jr.

SUBSCRIBED AND SWORN to before me this 24 day of May, 2006.

_____
Notary Public in and for the State of California
My Commission Expires:_____

AFFIDAVIT OF RALPH E. WHITMORE, JR. IN SUPPORT OF MOTION
TO MODIFY RESTITUTION ORDER AND FOR EARLY TERMINATION
OF SUPERVISED RELEASE
USA v. Whitmore, et al., No. 3:94-cr-00136-HRH
Page 2
490160v1

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of  Los Angeles  } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____        _____
Signature of Document Signer No. 1       Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

__24__ day of __May__, __2006__, by
   Date         Month              Year

(1) __Ralph E. Whitmore, Jr.__
             Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)
  (and

(2) _____
             Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

_____
Signature of Notary Public

[Notary Seal:
CHUCK JIRO MURAYAMA
Commission # 1516457
Notary Public - California
Los Angeles County
My Comm. Expires Oct 9, 2008]

Place Notary Seal Above

———— **OPTIONAL** ————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: __Affidavit__

Document Date: __5/24/06__    Number of Pages: __2__

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2006, a copy of the foregoing document was served electronically on the following:

**Karen Loeffler**
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP

AFFIDAVIT OF RALPH E. WHITMORE, JR. IN SUPPORT OF MOTION
TO MODIFY RESTITUTION ORDER AND FOR EARLY TERMINATION
OF SUPERVISED RELEASE
*USA v. Whitmore, et al.*, No. 3:94-cr-00136-HRH
Page 4
49060v1