DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>Plaintiff,<br><br>v.<br><br>RALPH E. WHITMORE, JR.,<br><br>Defendant. | ) No. 3:94-cr-00136-HRH <br> ) <br> ) GOVERNMENT'S <br> ) REQUEST FOR <br> ) EXTENSION OF TIME <br> ) IN WHICH TO FILE <br> ) RESPONSE TO MOTION <br> ) TO MODIFY <br> ) RESTITUTION <br> ) <br> ) <br> ) *Filed on shortened time* |

COMES NOW the United States of America, by and through counsel, and moves this court for an extension of time until July 7, 2006, to response to defendant's motion to reduce restitution.

The reason for this motion is that undersigned counsel has been attempting to resurrect the old files in this case in order to properly review defendant's motion and counsel is leaving today for a vacation and will not return until July 1, 2006. Government co-counsel is presently on vacation. Therefore, undersigned counsel seeks a brief extension until July 7, 2006 in order to consult with counsel, find the appropriate records and formulate the government's position.

RESPECTFULLY SUBMITTED June 22, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2006,
a copy of the foregoing Motion for Extension of Time
was served electronically on Michael Spaan.


s/ Karen L. Loeffler