IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALPH E. WHITMORE, JR.,<br><br>　　　　Defendant. | ) No. 3:94-cr-00136-HRH<br>)<br>) [PROPOSED] ORDER<br>) GRANTING<br>) GOVERNMENT'S<br>) REQUEST FOR<br>) EXTENSION OF TIME<br>) IN WHICH TO FILE<br>) RESPONSE TO MOTION<br>) TO MODIFY<br>) RESTITUTION<br>) |

The Government having moved for an extension of time to file its response to Motion to Modify Restitution. The motion for extension of time is granted and the government shall have until July 7, 2006, to file its response.

Date: _____    _____
　　　　　　　　　　　　　　　　　　　　H. RUSSEL HOLLAND
　　　　　　　　　　　　　　　　　　　　United States District Court Judge