## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>     v.   <u>RALPH E. WHITMORE</u>

THE HONORABLE H. RUSSEL HOLLAND       CASE NO.   <u>3:94cr0136-HRH</u>

<u>Deputy Clerk</u>                      <u>Official Recorder</u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The Government moves, with a request for consideration on shortened time, for an extension of time within which to respond to defendant Whitmore's motion to modify restitution. (Clerk's Docket No. 1068.) The request for consideration on shortened time is granted. Defendant's opposition to the motion for an extension of time, if any, shall be served and filed by 5:00 p.m., June 27, 2006.

The court notes that the motion to modify restitution was served and filed on May 25, 2006; that the time for opposing the motion had expired before the filing of the motion for extension of time; and that the court had a proposed order concerning the motion to modify restitution in process at the time the motion for extension of time was filed.

---