Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RALPH E. WHITMORE, JR., | ) |
| | ) |
| Defendant. | )   No. 3:94-cr-00136-HRH |

## RESPONSE TO GOVERNMENT'S REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO DEFENDANT'S MOTION TO MODIFY RESTITUTION

Defendant Ralph Whitmore has reviewed and considered the Government's request for extension of time as well as this Court's order of June 23, 2006. Although Mr. Whitmore would like this matter decided as expeditiously as possible, he does not object if the Court in its discretion granted an extension of time just so the Government's brief is due no later than July 7, 2006. Counsel would note that it would probably make a more complete record if the Court had the views of both sides prior to ruling on defendant's motion.

49507v1

DATED at Anchorage, Alaska this 26th day of June, 2006.

By:   s/Michael R. Spaan
       Michael R. Spaan
       PATTON BOGGS LLP
       601 West Fifth Avenue, Suite 700
       Anchorage, Alaska  99501
       Phone: (907) 263-6300
       Fax:  (907) 263-6345
       Email:  mspaan@pattonboggs.com
       Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2006, a true and correct copy of the foregoing document was served electronically on:

**Karen Loeffler**
Assistant U.S. Attorney
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP