- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>          v.   <u>RALPH E. WHITMORE</u>

THE HONORABLE H. RUSSEL HOLLAND          CASE NO.   <u>3:94cr0136-HRH</u>

   <u>Deputy Clerk</u>                          <u>Official Recorder</u>

   _____         _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The Government's request for an extension of time to respond to defendant's motion to modify restitution (Clerk's Docket No. 1068) is granted.  The government's response is due on or before July 7, 2006.

- 1 -