DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:94-cr-00136-HRH |
| | ) | |
| Plaintiff, | ) | NON-OPPOSITION TO |
| | ) | DEFENDANT WHITMORE'S |
| v. | ) | MOTION TO MODIFY |
| | ) | RESTITUTION ORDER AND |
| RALPH E. WHITMORE, JR., | ) | FOR EARLY TERMINATION |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, Assistant U.S. Attorney Karen L. Loeffler, and notices it's non-opposition to defendant Whitmore's Motion to Modify the Restitution Order Entered in this case

and for Early termination of supervised release.

    RESPECTFULLY SUBMITTED July 7, 2006, at Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/Karen Loeffler
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 West Seventh Avenue, #9
    Anchorage, Alaska  99513-7567
    Phone: (907) 271-5071
    fax: (907) 271-1500
    email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2006,
a copy of the foregoing was served
electronically on Michael Spaan.


s/ Karen L. Loeffler