IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                              )<br>                    Plaintiff,         )<br>                                                              )<br>            vs.                                    )<br>                                                              )   No. 3:94-cr-00136-HRH<br>RALPH E. WHITMORE, JR.,     )<br>                                                              )<br>                    Defendant.    ) | |

**ORDER GRANTING MOTION TO MODIFY RESTITUTION**
**ORDER AND FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The court, having considered defendant Ralph E. Whitmore's Motion to Modify Restitution Order and for Early Termination of Supervised Release, and the Government having filed its non-opposition to that motion,

IT IS HEREBY ORDERED THAT:

1. The restitution ordered in the court's imposition of sentence held on April 28, 2000, is hereby modified to reflect that it has been satisfied in full; and

2. Ralph E. Whitmore, Jr.'s, term of supervised release set forth in the court's April 28, 2000, imposition of sentence is terminated with the signing of this order.

Dated: July 20, 2006                    /s/ H. Russel Holland
                                                        United States District Judge